UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | Case No. 21-cr-47-LM |
| ) | |
| **JOSEPH ODGERS** ) | |

## PRELIMINARY ORDER OF FORFEITURE

1. The defendant, Joseph Odgers, has pleaded guilty to an Information that charges him with possession of child pornography, in violation of 18 U.S.C. § 2252(a)(5)(B), and has agreed to forfeit: (A) one Samsung model SM-J327T cell phone, and (B) one Samsung Model SM-S902L(GP). DN 2. Defendant Odgers acknowledges that (A) and (B) facilitated the charged offense. *Id*.

IT IS HEREBY ORDERED, ADJUGED AND DECREED that: (A) one Samsung model SM-J327T cell phone, IMEI 355604084065531, and (B) one Samsung Model SM-S902L, IMEI 990005930274445, is hereby forfeited to the United States pursuant to 18 U.S.C. § 2253.

The Department of Homeland Security, Homeland Security Investigations, or any appropriate federal law enforcement agency, to maintain custody of the forfeited property until further order of the Court.

IT IS FURTHER ORDERED that this Preliminary Order of Forfeiture shall be made a part of the sentence and included in the judgment, pursuant to Fed. R. Crim. P. 32.2(b)(3).

The United States shall follow the provisions of Fed. R. Crim P. 32.2(b)(6), regarding publication and notification to potential third-party claimants.

The Court shall retain jurisdiction to enforce this Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to the provisions of Fed. R. Crim. P. 32.2(e).

The Clerk shall send copies of this Preliminary Order of Forfeiture to the United States Probation Office and counsel for all parties and shall send a certified copy of this Preliminary Order of Forfeiture to the United States Attorney's Office: Asset Forfeiture Unit.

Entered this ___14th____ day of _____May_____, 2024.

_____
UNITED STATES DISTRICT JUDGE
Landya B. McCafferty